IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHNATHAN ALLEN WHEELER, | : | |
| Plaintiff, | : | |
| VS. | : | NO. 5:22-CV-00403-MTT-CHW |
| WARDEN JOSEPH POLITE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Johnathan Allen Wheeler, an inmate currently confined at the Georgia Diagnostic and Classification Prison in Jackson, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff also seeks leave to proceed in this action without prepayment of the filing fee (ECF No. 2) and requests leave to amend his Complaint if necessary (ECF No. 3).

To the extent Plaintiff has requested permission to amend his Complaint at some later time, the Federal Rules of Civil Procedure provide the Plaintiff with the right to amend his Complaint once as a matter of course at this early stage of the litigation. Fed. R. Civ. P. 15(a)(1). The Court should also "freely give leave" to amend "when justice so requires." *Id.* at 15(a)(2). Because these rules already provide Plaintiff with sufficient opportunity to amend, Plaintiff's motion to amend (ECF No. 3) is **DENIED as moot.**

Plaintiff's prison trust fund account information reveals that he presently has a spendable balance of $2281.21 in his account. Mot. Proceed IFP 2, ECF No. 2. Plaintiff

has therefore failed to show that he is not able to pre-pay the entire $402.00 filing fee at this time. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is accordingly **DENIED**.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the filing fee. If circumstances have changed and Plaintiff is not able to pay the filing fee as ordered, Plaintiff should submit a renewed motion to proceed *in forma pauperis* explaining his present inability to pay within **FOURTEEN (14) DAYS** of the date of this Order. Any renewed motion for leave to proceed *in forma pauperis* should be accompanied by a certified and updated copy of Plaintiff's prison trust fund account information, as required by 28 U.S.C. § 1915(a)(2). The Clerk is **DIRECTED** to mail Plaintiff a copy of the required forms he should use to submit any renewed motion for leave to proceed *in forma pauperis*, marked with the case number of the above-captioned action.

**Failure to fully and timely comply with this Order may result in the dismissal of Plaintiff's Complaint.** If, prior to paying the filing fee, Plaintiff decides that he no longer wishes to go forward with this action, he may so notify the Court and thereby avoid incurring the $402.00 obligation. There will be no service of process in this case until further order. Once Plaintiff has paid the filing fee, the undersigned will conduct a preliminary review of his Complaint as required by 28 U.S.C. § 1915A(a).

**SO ORDERED**, this 29th day of December, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge