IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHNATHAN ALLEN WHEELER, | : | |
| | : | |
| Plaintiff | : | |
| | : | Case No. 5:22-cv-403-MTT-CHW |
| v. | : | |
| | : | |
| WARDEN JOSEPH POLITE, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U. S. Magistrate Judge |

## ORDER AND RECOMMENDATION

Plaintiff Johnathan Allen Wheeler, an inmate in the Special Management Unit (SMU) at Georgia Diagnostic and Classification Prison (GDCP), filed this *pro se* civil rights complaint seeking relief under 42 U.S.C. § 1983. (Doc. 1). Defendants Williams, Johnson, and Brown have been dismissed, in part, for Plaintiff's failure to exhaust his administrative remedies. (Docs. 102, 117). The remaining Defendants, Defendants Davis and Clupper, had defaults set aside and were permitted to respond to Plaintiff's complaint. (Doc. 102). Now pending before the Court are Defendant Davis's motion to dismiss (Doc. 92) and Defendant Clupper's motions to join and adopt Defendant Williams's motion to dismiss (Doc. 33) and motion to stay discovery (Doc. 34). (Docs. 108, 109). Plaintiff previously responded to Defendant Williams's motion to dismiss (Doc. 46), but he chose not to respond to Defendant Davis's motion to dismiss. *See* (Doc. 119, p. 1).

Defendant Clupper's motions for joinder (Docs. 108, 109) are **GRANTED,** and he

1

shall be deemed to have joined and adopted Defendant Williams's motion to dismiss. (Doc. 33). While Defendant Davis did not formally join Defendant Williams's motion to dismiss, his motion to dismiss makes the same arguments and relies upon the supporting documents that Defendant Williams provided. *See* (Doc. 92). The Court has already entered an order adopting the recommendation to grant Defendant Williams's motion to dismiss. (Docs. 33, 102, 117). The issues and claims covered by Defendant Williams's motion to dismiss overlap Plaintiff's claims against Defendants Clupper and Davis. *See* (Docs. 13; 29; 102, p. 2). Therefore, for the reasons explained in the previous recommendation (Doc. 102), it is **RECOMMENDED** that Defendant Davis's motion to dismiss (Doc. 92) be **GRANTED** and that Plaintiff's claims against Defendants Clupper and Davis be **DISMISSED.**

## OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation, or seek an extension of time to file objections, **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof. Any objection is limited in length to **TWENTY (20) PAGES.** *See* M.D. Ga. L.R. 7.4. The District Judge shall make a de novo determination of those portions of the Recommendation to which objection is made. All other portions of the Recommendation may be reviewed for clear error.

The parties are further notified that, pursuant to Eleventh Circuit Rule 3-1, "[a] party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual

and legal conclusions if the party was informed of the time period for objecting and the consequences on appeal for failing to object. In the absence of a proper objection, however, the court may review on appeal for plain error if necessary in the interests of justice."

**SO ORDERED and RECOMMENDED**, this 7th day of June, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
