**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JOHNATHAN ALLEN WHEELER,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:22-cv-403 (MTT)** |
| | ) | |
| **Warden JOSEPH POLITE, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

United States Magistrate Judge Charles Weigle recommends granting Defendant Captain Gregory Davis's and Defendant Lieutenant Derek Clupper's motion to dismiss (Doc. 92) for reasons previously set forth in his January 26, 2024 Report and Recommendation (Doc. 102), which the Court adopted in full (Doc. 117).  Doc. 128.  For the following reasons, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 128) is **ADOPTED** and made the Order of the Court.  Accordingly, Davis's and Clupper's motion (Doc. 92) is **GRANTED**.

## I. DISCUSSION

On November 14, 2022, Plaintiff Johnathan Allen Wheeler—an inmate in the custody of the Georgia Department of Corrections ("GDC")—filed this pro se 42 U.S.C. § 1983 action alleging various constitutional claims stemming from his incarceration at the Special Management Unit ("SMU") in Jackson, Georgia.  Docs. 1; 1-1.  Wheeler

joined and served the following defendants: Captain Gregory Davis, Mental Health

Counselor Brown, Nurse Johnson, Lieutenant Derek Clupper, and SMU Warden Joseph

Williams.  Docs. 28; 45; 69; 82; 81.

Williams, Johnson, and Brown moved to dismiss Wheeler's claims against them

because Wheeler failed to exhaust administrative remedies as required under the

Prison Litigation Reform Act ("PLRA").  Docs. 33; 59; 77.  On January 26, 2024, United

States Magistrate Judge Charles Weigle recommended that Williams's, Johnson's, and

Brown's motions to dismiss for failure to exhaust administrative remedies be granted.

Doc. 102

On February 21, 2024, this Court fully adopted the Magistrate Judge's January

26, 2024 Recommendation (Doc. 102) without objection.  Doc. 117.  Wheeler filed

untimely objections, which the Court construed as a motion for reconsideration and

denied because Wheeler failed to identify any intervening change in the law, newly

discovered evidence, or manifest injustice that would justify reconsideration.  Doc. 129.

The remaining defendants, Davis and Clupper, failed to answer Wheeler's

complaint and thus entered default.  Davis and Clupper later moved to set aside default,

and Davis simultaneously moved to dismiss Wheeler's claims against him for failure to

exhaust administrative remedies.  Docs. 86; 91; 92.  On January 26, 2024, the

Magistrate Judge (a) granted Davis and Clupper's motions to set aside default; (b)

ordered Wheeler to respond to Davis's motion to dismiss within 21 days; and (c)

ordered Clupper to file a responsive pleading.  Doc. 102.

Clupper moved to join Davis's motion to dismiss Wheeler's claims for failure to

exhaust administrative remedies on January 31, 2024.  Docs. 92; 108; 109.

On June 7, 2024, the Magistrate Judge granted Clupper's motion to join Davis's motion to dismiss Wheeler's claims.  Doc. 128.  The Magistrate Judge now recommends that Davis's and Clupper's motion to dismiss be granted for the same reasons previously set forth in the Magistrate Judge's January 26, 2024 Recommendation (Doc. 102) to grant Williams's, Johnson's, and Brown's motions.  *Id.*

Wheeler has not objected to the Magistrate Judge's June 7, 2024 Report and Recommendation (Doc. 128).  Accordingly, pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 128) is **ADOPTED** and made the Order of the Court.  Clupper's and Davis's motion to dismiss (Doc. 92) is **GRANTED**, and this action is hereby **DISMISSED**.

**SO ORDERED**, this 4th day of September, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT